# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 15, 2008

Clifford W. Taylor,
Chief Justice

136567

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                            SC: 136567
                                            COA: 283719
                                            Wayne CC: 06-011379

THOMAS HAROLD ZAKER,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 14, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 15, 2008                               _____
                                                  Clerk